UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                            Case No. 8:03-cr-299-T-26EAJ

JACQUELYN RIGGINS HALL
_____/

## ORDER CONTINUING DEFENDANT ON SUPERVISED RELEASE

THIS CAUSE is before the Court on this 18th day of December, 2008, on a Petition to Revoke Supervised Release. The Defendant, Jacquelyn Riggins Hall, appeared with Counsel, Assistant Federal Public Defender Adam Tannenbaum, and Kathy Peluso, AUSA, appeared for the United States of America.

At the hearing, the defendant voluntarily admitted the allegation in the Petition for Revocation of Supervised Release. Based on the defendant's admission to the allegation in the Petition for Revocation of Supervised Release, the Court finds that defendant has violated the terms of the Order of Supervised Release entered on December 31, 2003.

It is, therefore, **ORDERED AND ADJUDGED**

That the Order of Supervised Release entered herein as to the above named defendant is hereby **REINSTATED**. Restitution payments will be reduced from $50.00 per month to $25.00 per month. All other terms and conditions of the Judgment entered on December 31, 2003 will remain the same..

DONE AND ORDERED at Tampa, Florida this 18th day of December, 2008.

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

Copies:
- U.S. Attorney's Office
- Defense Counsel
- U.S. Marshal
- U.S. Probation